FILED
FEB 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8133

| UNITED STATES OF AMERICA, | ) | Magistrate's Case No.: |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21 U.S.C. § 841(a)(1) Possession of a Controlled |
| Juan Bautista BELTRAN-BELTRAN | ) | Substance with Intent to Distribute |
| Defendant. | ) | |

The undersigned complainant duly sworn states:

That on or about February 12, 2008, within the Southern District of California, defendant Juan Bautista BELTRAN-BELTRAN did knowingly and intentionally possess, with intent to distribute approximately 1.54 kilograms (3.4 pounds) of methamphetamine, Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____ TFO
Cynthia M. Barajas, Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, February 13, 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
         v.
2  Juan Bautista BELTRAN-BELTRAN

3
                        STATEMENT OF FACTS
4
        This Statement of Facts is based on the reports, documents,
5
   and notes furnished to Drug Enforcement Administration Task Force
6
   Officer Cynthia M. Barajas.
7
        On February 12, 2008, at approximately 9:00 a.m. U. S. Border
8
   Patrol (USBP) Agents S. Olivares and D. Gonzalez were assigned to
9
   the Highway 86 Checkpoint near Westmorland, California.  Agent
10
   Gonzalez was conducting immigration inspection and noticed a
11
   burgundy Honda motorcycle approach his location.  Agent Gonzalez
12
   identified himself as United States Border Patrol Agent, and
13
   contacted the driver of the motorcycle who was later identified
14
   himself as Juan Bautista BELTRAN-BELTRAN.  BELTRAN who was driving
15
   a Honda AspenCade Motorcycle, bearing Baja California Mexico
16
   license plate A735J, identified himself as a Mexican citizen and
17
   presented Agent Gonzalez with a valid Border Crossing Card.
18
        Agent Olivares with his service canine approached BELTRAN's
19
   motorcycle in the secondary inspection area.  The canine alerted to
20
   the front head light of the motorcycle.  BELTRAN was asked to step
21
   inside the Checkpoint and was escorted by Agent Lopez. Agent
22
   Olivares continued to conduct a K-9 sniff on the front left side of
23
   the motorcycle near the gas tank was a storage compartment.  Agent
24
   Olivares removed the four screws of the compartment and pulled out
25
   a total of three cylinder shaped packages wrapped in what appeared
26
27
28

to be carbon paper, and with black electrical tape.

Agent Miranda tested a package with a Narcotics Identification System, which tested positive for the properties of methamphetamine. The total weight of the three (3) packages was 1.54 kilograms (3.4 pounds) value at $108,800.00.

The Drug Enforcement Administration was notified and responded. Task Force Officer C. Barajas and M. Grossman arrived at the Highway 86 Checkpoint. Task Force Officer C. Barajas read BELTRAN his Miranda warnings verbatim in the Spanish language from a DEA 13A card as witnessed by Agent Grossman. BELTRAN stated he understood his rights and was willing to answer questions without the presence of an attorney.

BELTRAN admitted knowledge of the narcotics concealed within the motorcycle. BELTRAN stated he was to be paid $1,000.00 for transporting the narcotics. BELTRAN stated after he was taken in secondary by the Border Patrol Agents and saw the packages he knew that the product was ICE and not marijuana.