```
1  Ray A. Estolano, SB# 204919
   Abrigo and Estolano
2  737 Third Ave., Suite B
   Chula Vista, CA 92101
3  (619)422-7722
   ATTORNEY FOR DEFENDANT
4
```

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-mj-08133-PCL |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| JUAN BAUTISTA BELTRAN-BELTRAN, | DATE: 2/28/2008 |
| Defendant | TIME: 1:30 PM |
| | DEPT: EL CENTRO CA SITE |

/
/
/

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT DEFENDANT, JUAN BAUTISTA BELTRAN-BELTRAN, substitutes **Ray Antonio Estolano, Esq.**, 737 3rd Ave Suite B, Chula Vista CA 91910, in as his representative in this legal matter.

Summary of Pleading - 1

1     Ray Estolano is substituted in place of former legal
2 representative **Federal Defenders, FD**
3
4 I consent to this substitution
5 Date: _____ /s/ Ray Estolano _____
6                Ray Estolano, New Legal Representative
7 I consent to this substitution
8 Date: _____ /s/ _____
9                Federal Defenders FD,
10               Former Legal Representative
11 I consent to this substitution
12 Date: _____ X /s/ _____
13                Juan Bautista Beltran-Beltran, Defendant